

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DERRICK PEREZ SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:19-cv-1077 |
| RESOLVE PARTNERS, LLC, | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DERRICK PEREZ SCOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:21-cv-242 |
| FULL HOUSE MARKETING, INC., | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury in the above-styled case, do unanimously find as follows:

**ISSUES AS TO RESOLVE PARTNERS, LLC:**

1. Has the Plaintiff proved, by a preponderance of the evidence, that Resolve negligently failed to follow reasonable procedures to assure maximum possible accuracy of the information concerning Plaintiff in the consumer report?

    Answer: Yes __✓__   No _____

2. What amount of compensatory damages, if any, is the
   Plaintiff entitled to recover for Resolve's negligent
   violation of 15 U.S.C. § 1681e(b)?

   $2,500
   ---------
   (Amount)

**ISSUES AS TO FULL HOUSE MARKETING, INC.:**

1. Has the Plaintiff proved, by a preponderance of the
   evidence, that Full House negligently failed to
   provide Plaintiff with a copy of his consumer report
   and a copy of his rights under the FCRA before taking
   adverse action based in whole or in part on the
   consumer report?

   Answer: Yes_____    No ✓

2. What amount of compensatory damages, if any, is the
   Plaintiff entitled to recover for Full House's
   negligent violation of 15 U.S.C. § 1681b(b)(3)(A)?

   _____
   (Amount)

This the 6th day of June, 2024.

_____
Foreperson