IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK PEREZ SCOTT,         )
                             )
            Plaintiff,       )
                             )
    v.                       )    1:21-cv-242
                             )
FULL HOUSE MARKETING, INC.,  )
                             )
            Defendant.       )

## JUDGMENT

This action was tried by a jury with Judge William L. Osteen, Jr., presiding, and the jury has rendered a verdict.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff, **DERRICK PEREZ SCOTT,** recover nothing from the defendant, **FULL HOUSE MARKETING, INC.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment is entered in favor of the defendant, **FULL HOUSE MARKETING, INC.,** and this case is hereby **DISMISSED WITH PREJUDICE.**

This the 10th day of September, 2024.

_____
United States District Judge