UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Case No.: 1:21-cv-00242

**DERRICK PEREZ SCOTT,**
    **PLAINTIFF,**

v.

**FULL HOUSE MARKETING, INC.,**
    **DEFENDANT.**

**SATISFACTION OF BILL OF COSTS**

Defendant Full House Marketing, Inc., being the prevailing party in this action, hereby states that it has received full payment of the costs awarded to it in the Bill of Costs entered on November 25, 2024, in the amount of $2,212.15.

Dated: January 10, 2025

    **J.C. WHITE LAW GROUP PLLC**

    /s/ James C. White_____
    James C. White
    N.C. Bar # 31859
    100 Europa Drive, Suite 401
    Chapel Hill, NC 27517
    jwhite@jcwhitelaw.com
    (919) 246-4676
    (919) 246-9113 fax

    *Attorney for Defendant Full House Marketing, Inc.*